**FILED**

2010 Mar-30 PM 12:32
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **GLENIECE S. WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.** _____ |
| | ) | |
| **LVNV FUNDING LLC, a** | ) | CV-10-AR-0674-S |
| **corporation; EQUIFAX** | ) | |
| **INFORMATION SERVICES, LLC, a** | ) | |
| **corporation; and EXPERIAN** | ) | |
| **INFORMATION SOLUTIONS,** | ) | |
| **INC., a corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1.    Experian, LVNV Funding LLC ("LVNV"), and Equifax Information Services, LLC ("Equifax") are named Defendants in Civil Action No. CV-2010-900126 filed in the Circuit Court of Shelby County, Alabama (the "State Court Action"). All Defendants have joined in and given their consent to this removal. True and correct copies of their Joinder and Consents to Removal are attached hereto as Exhibit A.

2.    The Complaint in the State Court Action was filed with the Clerk of the Circuit Court of Shelby County, Alabama, on February 10, 2010. Experian, LVNV, and Equifax were all served with the Complaint on February 24, 2010.

3.     This Notice is being filed with this Court within thirty (30) days after Defendants received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4.     A copy of all process, pleadings, and orders served upon the Defendants in the State Court Action is attached hereto as Exhibit B, and a copy of the State Court Action file is attached hereto as Exhibit C.

5.     Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

6.     Equifax is a limited liability company which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.   Equifax uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7.     LVNV is a limited liability company which regularly furnishes information to one or more consumer reporting agencies about its transactions or experience with consumers, and therefore, is a "furnisher of information" within the meaning of 15 U.S.C.

§ 1681s-2. Additionally, LVNV is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

8.      The claims for relief against all Defendants alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u, and Plaintiff further alleges claims of relief against LVNV in the State Court Action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692-1692p. Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p and § 1692k. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b).

9.      Plaintiff also purports to assert claims for defamation; invasion of privacy; and negligent, reckless, wanton, malicious and/or intentional conduct. This Court has supplemental jurisdiction over Plaintiff's state law claims. Those claims, like Plaintiff's federal question claims, arise from the same set of operative facts relating to the alleged wrongful conduct. Accordingly, each of those claims is related to Plaintiff's federal question claims, and form a part of the same case and controversy pursuant to 28 U.S.C. § 1367(a).

10.     At the present time and at the time of commencement of the State Court Action, Plaintiff is and was an individual citizen of the State of Alabama.

11.     At the present time and at the commencement of the State Court Action, Experian is and was a corporation incorporated under the laws of the State of Ohio with its principal place of business in California.

12.     At the present time and at the commencement of the State Court Action, Equifax is and was a limited liability company formed under the laws of the State of Georgia with its principal place of business in Georgia and its member a citizen of a state other than Alabama.

13.     At the present time and at the commencement of the State Court Action, LVNV is and was a limited liability company formed under the laws of the State of Delaware with its principal place of business in South Carolina and its members citizens of a state other than Alabama.

14.     The amount in controversy in the State Court Action, including the punitive damages sought, exceeds the sum of $75,000.00, exclusive of interest and costs.

15.     Accordingly, this court also has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332, and, therefore, the above-captioned action may properly be removed to this Court pursuant to 28 U.S.C. §1441(a) and (b).

16.     All Defendants served with the Complaint in the State Court Action consent to and join in this Notice of Removal.

17.     Promptly after the filing of this Notice of Removal, Defendants shall provide notice of the removal to Plaintiff through her attorney of record in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

                                        L. Jackson  Young, Jr.
                                        Attorney for Defendant Experian Information
                                        Solutions, Inc.

**Of Counsel:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879-8722 – Telephone
(205) 879-8831 – Telecopier
Email:  ljy@ffdlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March, 2010, I caused the foregoing to be served by first-class U.S. Mail, postage prepaid, on the service list as follows:

Wesley L. Phillips
PHILLIPS LAW GROUP, LLC
P.O. Box 130488
Birmingham, Alabama  35213
wphillipslaw@gmail.com
*Attorney for Plaintiff*

Victoria J. Franklin-Sisson
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, LLP
505 20th Street North, Suite 600
Birmingham, Alabama 35203
vsisson@joneswalker.com
*Attorney for Equifax Information Services, LLC*

Neal D. Moore, III
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama  35243
ndm@ffdlaw.com
*Attorney for LVNV Funding LLC*

OF COUNSEL