FILED

2010 Apr-05  AM 09:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GLENIECE S. WILLIAMS, | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 10-AR-0674-S |
| | } | |
| LVNV FUNDING, LLC, et al., | } | |
| | } | |
| Defendants. | } | |

## ORDER

Defendant, LVNV Funding, LLC, not having answered or otherwise responded to the complaint within the time allowed by Rule 81(c)(2)(C), and therefore being in default, plaintiff shall move for entry of default against LVNV by the Clerk **within seven (7) calendar days** or show cause why the action as against LVNV, should not be dismissed for want of prosecution.

DONE this 5th day of April, 2010.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE