FILED
2010 Jul-20 AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

GLENIECE S. WILLIAMS,            }
                                 }
     Plaintiff,                  }
                                 }     CIVIL ACTION NO.
v.                               }     10-AR-0674-S
                                 }
EXPERIAN INFORMATION             }
SOLUTIONS, INC.,                 }
                                 }
     Defendant.                  }
```

## ORDER

Plaintiff's motion to dismiss as to defendant, Experian Information Solutions, Inc., is well taken, and is GRANTED. Accordingly, the above action is DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 20th day of July, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE